**Order entered November 22, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01247-CV

### IN THE INEREST OF W.J.J., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-16-1280**

## ORDER

Before the Court is appellant's November 20, 2017 motion to extend time to file a brief

in this accelerated appeal. We **GRANT** the motion to the extent that appellant's brief shall be

filed no later than December 18, 2017.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE
